WALTER McMEEKAN, as Trustee under a Declaration of Trust Dated the 12th Day of December, 1935, and Filed in the Office of the Clerk of the County of Kings, Appellant, v. CONEY ISLAND HOTEL CORPORATION and Others, Defendants-Respondents; JAMES J. McLOUGHLIN, Receiver-Respondent.— Motion to resettle order denied, with ten dollars costs. Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

THE POPSICLE CORPORATION OF THE UNITED STATES and JOE LOWE CORPORATION, Respondents, v. ESKIMO PIE CORPORATION and NEW YORK ESKIMO PIE CORPORATION, Appellants.— Motion for leave to appeal to the Court of Appeals denied; answer to be served within ten days from the entry of the order hereon. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

IDA SACHS, Respondent, v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

MARGARET SARRO and JOSEPH SARRO, Appellants, v. A. I. NAMM & SON, INC., and NEW YORK TELEPHONE COMPANY, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

JANET R. SHIMER, Respondent, v. EMMA H. STERRETT, Appellant.— Motion to vacate stay granted. [See 250 App. Div. 865.] Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

ELIZABETH BEUSCHER, Appellant, v. THE CITY OF NEW YORK, Respondent. ANDREW G. BEUSCHER, Appellant, v. THE CITY OF NEW YORK, Respondent.— In negligence actions brought by wife and husband for injuries to the former, and tried together, the jury found a verdict for the defendant. There were no errors in the charge in view of the requests made by the attorney for plaintiff, which, when charged, were satisfactory to him, and no substantial right of the plaintiffs was affected. Judgments for defendant unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

PHILIP GUIFFRE, an Infant, by FELIX GUIFFRE, His Guardian ad Litem, and FELIX GUIFFRE, Individually, Respondents, v. ROSARIO LONANO, Appellant.— The decision of this court handed down on June 11, 1937 [ante, p. 835], is hereby amended to read as follows: In a negligence action, order granting plaintiff's motion to set aside the verdict in favor of defendant and for a new trial on the ground that the verdict is against the weight of the evidence, affirmed, without costs. No opinion. Lazansky, P. J., Carswell, Taylor and Close, JJ., concur; Adel, J., dissents and votes to reverse and to reinstate the verdict.

HENRY H. HAIRE, as Administrator with the Will Annexed of HERMAN E. WAGNER, Deceased, Respondent, v. TITLE GUARANTEE & TRUST COMPANY, Appellant, and Another, Defendant.— Order granting discovery and inspection affirmed, with ten dollars costs and disbursements; inspection to proceed on five days' notice. No opinion. Hagarty, Carswell, Johnston, Taylor and Close, JJ., concur.